2776 Boulevard LLC, Petitioner-Landlord-Appellant,
against
SME Capital Ventures, Respondent-Tenant-Respondent.



Landlord appeals from an order of the Civil Court of the City of New York, New York County (Jack Stoller, J.), dated August 12, 2015, which awarded tenant attorneys' fees in the principal sum of $12,621 in a holdover summary proceeding.




Per Curiam.
Order (Jack Stoller, J.), dated August 12, 2015, modified to reduce tenant's recovery of attorneys' fees to the principal sum of $10,000; as modified, order affirmed, without costs.
Inasmuch as landlord failed to pursue a direct appeal from the orders of May 4, 2015 and May 15, 2015, which, respectively, dismissed the holdover petition and determined that tenant was entitled to attorneys' fees as the prevailing party, landlord's present challenge to those orders is not properly before us (see Hecht v City of New York, 60 NY2d 57, 61 [1983]; Osorio v Kenart Realty, Inc., 48 AD3d 650, 653-654 [2008]). 
Viewing the evidence presented in light of all relevant factors (see Matter of Freeman, 34 NY2d 1, 9 [1974]), including the time and labor required, the difficulty of the questions involved, and the lawyer's experience ability and reputation, we find the amount of the fees awarded below was excessive to the extent indicated. In so concluding, we adopt the court's stated view that counsel's expenditures of time were somewhat "excessive" and "duplicative."
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur Decision Date: September 30, 2016